# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

Marie G. Jurglanis, Individually and as Special Administrator of the Estate of Clemens R. Jurglanis,

       Plaintiff,

v.                                  *WI-ED Case No. 2:11-cv-00917*

Borg-Warner, Inc., et al.,

       Defendants.

## ELLIOTT COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel of record for the Defendant, named as Elliott Company, furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1.     The full name of every party or amicus the attorney represents in this action

**Response**: **Elliott Company.**

2.     If such party or amicus is a corporation:

    A. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or

    B. State if there is no such corporation

**Response**: **Elliott Company is a wholly-owned subsidiary of Ebara Corporation, a Japanese Public Corporation**.

3.     State the name of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court

**Response**: **The undersigned Crivello Carlson S.C. has been retained to represent the Defendant, in this action.**

Dated this 9th day of December, 2011.

            BY: <u>s/ James A. Niquet</u>
               JAMES A. NIQUET, ESQ.
               Wisconsin State Bar No. 1013012
               CRIVELLO CARLSON, S.C.
               Attorneys for the Defendant,
               Elliott Company
               710 North Plankinton Avenue, Suite 500
               Milwaukee, Wisconsin 53203
               Phone: (414) 271-7722
               Facsimile: (414) 271-4438
               jniquet@crivellocarlson.com